UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:21 CR 547 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| SHAMAYA ELAINE TUUK, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Amanda M. Knapp, regarding the change of plea hearing of Keyontay Shephard, which was referred to the Magistrate Judge with the consent of the parties.

On July 28, 2021, the government filed a 2 count Indictment, charging Defendant Shamaya Elaine Tuuk with Conspiracy to Commit Bank Theft, in violation of Title 18 U.S.C. § 371 and 2113(b), and Bank Theft, in violation of Title 18 U.S.C. § 2113(b). Defendant was arraigned on September 21, 2021, and entered a plea of not guilty to counts 1 and 2 of the Indictment, before Magistrate Judge Jonathan D. Greenberg. On January 13, 2022, Magistrate Judge Greenberg received Defendant Tuuk's plea of guilty to counts 1 and 2 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Tuuk is found to be competent to enter a plea and to understand her constitutional rights. She is aware of

the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Shamaya Elaine Tuuk is adjudged guilty to counts 1 and 2 of the Indictment, in violation of Title 18 U.S.C. §§ 371 and 2113(b). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on May 5, 2022, at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

January 28, 2022